1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15
16
17
18

ANGELA OLINGHOUSE,

                                 Plaintiff,

        v.

SEA MAR COMMUNITY HEALTH
CENTERS, LAURIE STEWARD AND
GAYLE BRANNON,

                                 Defendants.

CASE NO.  C14-

NOTICE OF REMOVAL OF CIVIL
ACTION

(Thurston County District Court
Case No. 102207)

19
20
21
22
23
24
25
26
27
28

To:     Clerk, United States District Court
        Western District of Washington


        Defendant Sea Mar Community Health Centers ("Sea Mar"), by and through undersigned

counsel of record, Annette L. Hayes, Acting United States Attorney for the Western District of

Washington, and Priscilla T. Chan, Assistant United States Attorney for said District, hereby

respectfully files with the Court this Notice of Removal pursuant to Title 28, United States Code,

Section 1442, to remove Case No. 102207, from Thurston County District Court to United States

District Court for the Western District of Washington.

In support of this notice, federal Defendant indicates as follows:

1.      On or about March 13, 2014, Plaintiff Angela Olinghouse filed a Complaint in Thurston County District Court alleging that between March 14 and 17, 2011, Defendants Sea Mar, Laurie Steward and Gayle Brannon negligently provided medical care to Plaintiff, resulting in injury and damages.

2.      The above-referenced state court action may be removed to the United States District Court under 28 U.S.C. § 1442, because, pursuant to the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233, Plaintiff sued Sea Mar, which is a deemed entity under Section 233, rendering it an individual federal defendant covered under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § § 2679, *et seq.  See* Certification of Annette L. Hayes, attached hereto as Exhibit A.  Because the claims alleged in the Complaint sound in tort, the United States is the only proper defendant in this action pursuant to the FTCA.

3.      Under Local Rule CR 101(b), Defendant attaches a copy of the Claim in this matter. Defendant will file herewith copies of all records from the state court proceeding.

4.      A copy of this Notice of Removal is being served upon all parties to the underlying litigation and will be promptly filed with the clerk of the Thurston County District Court.

5.      Intradistrict Assignment.  Upon information and belief and during the relevant time period giving rise to the allegations of the Claim, Plaintiff was a resident of Thurston County, Washington.  Additionally, upon information and belief, the location where the alleged claims arose, is located in Thurston County.  Accordingly and pursuant to Local Rule CR 3(d), this case should be assigned to a judge in Tacoma.

//

//

//

Notice of Removal of Civil Action
C14-           - 2

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. § 1442(a)(1), the above-referenced action is removed from the Thurston County District Court, to the United States District Court for the Western District of Washington.

DATED this 31st day of October, 2014.

Respectfully submitted,

ANNETTE L. HAYES
Acting United States Attorney

/s/  Priscilla T. Chan
PRISCILLA T. CHAN, WSBA # 28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  Priscilla.chan@usodj.gov

Notice of Removal of Civil Action
C14-          - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2                                   <u>CERTIFICATE OF SERVICE</u>

3          The undersigned hereby certifies that she is an employee in the Office of the United States

4   Attorney for the Western District of Washington and is a person of such age and discretion as to be

5   competent to serve papers;

6          It is further certified that on this date, I electronically filed the foregoing document with the

7   Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

8   following CM/ECF participant(s):

9          -0-

10         I further certify that on this date, I mailed by United States Postal Service the foregoing

11  document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

12         Angela Olinghouse
           7614 Fair Oaks Rd. SE
13         Olympia, WA  98513

14
           Dated this 31st day of October, 2014.
15

16                                              */s/ Tara Faulds*
                                                TARA FAULDS, Legal Assistant
17                                              United States Attorney's Office
                                                700 Stewart Street, Suite 5220
18                                              Seattle, Washington 98101-1271
                                                Phone: (206) 553-7970
19                                              Fax: (206) 553-4067
                                                E-mail: tara.faulds@usdoj.gov
20

21

22

23

24

25

26

27

28

Notice of Removal of Civil Action
C14-            - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970